IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW B. MICHAELS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-CV-1128-CM-KGG |
| ) | |
| CITY OF MCPHERSON, KAN., and ) | |
| ROBERT McCLARTY; MICHAEL TERRY; ) | |
| JEFFREY HOUSTON and JOHN DOE, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this lawsuit against Defendant Jeffrey Houston are hereby dismissed with prejudice and that each party shall bear his or its own costs and fees.

AGREED AND STIPULATED:

**s/ Ray E. Simmons**
Ray E. Simmons
Ayesh Law Offices
8100 E. 22nd N. Building 2300
P.O. Box 781750
Wichita, KS 67278-1750

*Attorney for Matthew B. Michaels*

**s/ Jill Waldman**
Jill Waldman
Nicholas J. Meinheit
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210

*Attorneys for City of McPherson, Kansas;*
*Robert McClarty; and Michael Terry*

**s/ Alan L. Rupe**
Alan L. Rupe                    #08914
Kutak Rock LLP
1605 N. Waterfront Pkwy, #150
Wichita, KS 67206
(316) 609-7900 (Telephone)
(316) 630-8021 (Facsimile)
alan.rupe@kutakrock.com

*Attorney for Defendant Jeffrey Houston*

4811-4993-1028.1