IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATTHEW B. MICHAELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:13-cv-01128-CM-KGG |
| CITY OF MCPHERSON, KAN., and ROBERT MCCLARTY; MICHAEL TERRY; and JOHN DOE, | ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.Civ.P. 41(a), the parties hereby stipulate that all claims asserted in this lawsuit against Defendant Michael Terry are hereby dismissed with prejudice and that each party shall bear his or its own costs and fees.

AGREED AND STIPULATED:

AYESH LAW OFFICES
8100 East 22nd Street North
Building 2300, Suite 2
P. O. Box 781750
Wichita, Kansas  67278-1750
Office:  (316) 682-7381
rsimmons@ayesh.kscoxmail.com
**s/Ray E. Simmons**
Ray E. Simmons, #12296
**ATTORNEY FOR MATTHEW B. MICHAELS**

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761
dcooper@fisherpatterson.com
**s/David R. Cooper**
David R. Cooper, #16690
**ATTORNEYS FOR DEFENDANTS CITY OF MCPHERSON, KANSAS, ROBERT MCCLARTY AND MICHAEL TERRY**

{T0424229}