**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

*JUDGMENT IN A CIVIL CASE*

MATTHEW B. MICHAELS,

        Plaintiff,

v.                            Case Number- 13-1128-MLB

CITY OF MCPHERSON, KANSAS,

        Defendant.

    This action was tried to a jury with Judge Monti L. Belot presiding, and the jury has rendered a verdict.

    It is ordered that: the plaintiff Matthew B. Michaels recover from the defendant City of McPherson, Kansas, the amount of $ 921,657.64 with interest at the statutory rate, together with costs and a reasonable attorney's fee.

Date: October 15, 2014

                                              TIMOTHY M. O'BRIEN
                                              Clerk of the Court

                                              s/ Michael Lahey
                                              Michael Lahey, Deputy Clerk