**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MATTHEW B. MICHAELS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:13-cv-01128-MLB |
| | ) |
| CITY OF MCPHERSON, KAN., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that, the City of McPherson, Kansas, defendant in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the from the Memorandum and Order filed on July 7, 2014, denying defendant's Motion for Summary Judgment in part (ECF 85); the Jury Verdict filed October 14, 2014 (ECF 126) and Judgment entered on October 15, 2014 (ECF 129); the Memorandum and Order filed on December 3, 2014, denying defendant's Motion for Judgment as a Matter of Law or, in the alternative, for New Trial (ECF 149); the oral decisions during trial denying defendant's Motions for Judgment as a Matter of Law and all other rulings adverse to the defendant subject to appeal.

**FISHER, PATTERSON, SAYLER & SMITH, LLP**
3550 S.W. 5th Street - P. O. Box 949
Topeka, Kansas  66601-0949
Office:  (785) 232-7761; Fax: (785) 232-6604
E-Mail:   dcooper@fisherpatterson.com
             aholder@fisherpatterson.com

**s/David R. Cooper**
David R. Cooper                    #16690
Andrew D. Holder                  #25456
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 31st day of December, 2014, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ray E. Simmons
Mark G. Ayesh
AYESH LAW OFFICES
8100 East 22nd Street North
Building 2300, Suite 2
P. O. Box 781750
Wichita, Kansas  67278-1750
Office:  (316) 682-7381
rsimmons@ayesh.kscoxmail.com
mayesh@ayesh.kscoxmail.com
**ATTORNEYS FOR PLAINTIFF**

**s/David R. Cooper**
David R. Cooper

40.29548